

**Entered on Docket
October 27, 2011**

_____
**Hon. Bruce A. Markell
United States Bankruptcy Judge**

---

**BRIAN D. SHAPIRO**
Trustee in Bankruptcy
228 S. 4th Street, Ste. 300
Las Vegas, NV 89101
(702) 386-8600 Fax (702) 383-0994
trustee@trusteeshapiro.com

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In Re:

    MARIA T. AGLIBUT,

                  Debtor(s).

Chapter 7
Case No. 11-24311-BAM

**ORDER DISMISSING CHAPTER 7 CASE PURSUANT TO 11 U.S.C. § 521(i) AND DISCHARGING TRUSTEE**

      The Trustee's Ex Parte Motion for Dismissal of Chapter 7 Case Pursuant to 11 U.S.C. §521(i) having been filed and good cause appearing, it is hereby

      ORDERED that this case is hereby dismissed pursuant to 11 U.S.C. § 521(i). It is further

      ORDERED that Brian D. Shapiro, Trustee is hereby discharged as Trustee.

SUBMITTED BY:

*/s/ Brian D. Shapiro*
BRIAN D. SHAPIRO, TRUSTEE

                              ###